NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**In re: WEST AFFUM HOLDINGS DAC,**

*Appellant*

———————————

2024-1297

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14485594.

———————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                              IN RE: WEST AFFUM HOLDINGS DAC

(2)  Each side shall bear their own costs.

FOR THE COURT

June 4, 2024

Date

Jarrett B. Perlow

Clerk of Court

**ISSUED AS A MANDATE:** June 4, 2024